FILED

07/26/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0423

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0423

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

RICHARD EDWARD ADSIT, JR.,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted an extension of time to and including September 2, 2021, within which to prepare, serve, and file its response brief.

JMK

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
July 26 2021